# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 15, 2011

Lyle W. Cayce
Clerk

No. 10-10670

GRETA CRAWFORD,

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; UNITED STATES ATTORNEY'S OFFICE; STEPHEN P. FAHEY; ERIC HOLDER, UNITED STATES ATTORNEY GENERAL; UNITED STATES COURTS; JUDGE SAM A. LINDSAY; JIM DUFF, Director, Administrative Office of the United States Courts; UNITED STATES POSTAL SERVICE; PATRICK R. DONAHOE, United States Postal Service Postmaster General & Chief Executive Officer; UNITED STATES MARSHALS SERVICE; JOHN F. CLARK, Director of United States Marshals Service; CUNNINGHAM & MOORE; PUBLISHING CONCEPTS, L.P.; FIRST AMERICAN PAYMENT SYSTEMS, LIMITED PARTNERSHIP; DOES 1-10; CERTIFIED PAYMENT PROCESSING, L.P., doing business as Summit Merchant Solutions,

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CV-994

Before JONES, Chief Judge, and BARKSDALE and GRAVES, Circuit Judges.

No. 10-10670

PER CURIAM:[*]

This Court has considered this appeal on the basis of the briefs and pertinent portions of the record. Having done so, the judgment is affirmed, essentially for the reasons stated in the magistrate judge's report and recommendation, adopted by the district court. Further, Crawford is warned that future filings of repetitious or frivolous appeals may result in the imposition of sanctions. These sanctions may include dismissal, monetary sanctions, and restrictions on her ability to file papers in this court and any court subject to this court's jurisdiction.

**AFFIRMED**.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.